■ CHOICE HOTELS INTERNATIONAL, INC., Appellant, v LE MOYNE MANOR MOTEL, INC., Defendant, and FRANK MONTANARO, Respondent. [749 NYS2d 920] —Appeal from those parts of an order of Supreme Court, Onondaga County (Stone, J.), entered December 10, 2001, that denied that part of plaintiff's motion for summary judgment against defendant Frank Montanaro and granted summary judgment dismissing the complaint against him.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Stone, J. Present—Pigott, Jr., P.J., Green, Scudder, Burns and Gorski, JJ.